AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| TAVIA WAGNER <br><br> *Plaintiff(s)* <br> v. <br> MORN JOHN TR, TRUST NUMBER 3456 and ANCHOR MANAGEMENT & HOLDINGS, LLC d/b/a SINATRAS RISTORANTE <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  6:21-cv-00209-CEM-LRH |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   MORN JOHN TR, TRUST NUMBER 3456 - Owner
355 CASSADA ROAD,
LAKE HELEN, FLORIDA, 32744


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   JOE M. QUICK, ESQ.
LAW OFFICES OF JOE M. QUICK, ESQ.
1224 S. PENINSULA DRIVE #619
DAYTONA BEACH, FLORIDA 32118
TELEPHONE (386) 212-3591


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


CLERK OF COURT

*AmandaJoseph*

Date:   February 1, 2021

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| TAVIA WAGNER<br><br>*Plaintiff(s)*<br>v.<br>MORN JOHN TR, TRUST NUMBER 3456 and ANCHOR MANAGEMENT & HOLDINGS, LLC d/b/a SINATRAS RISTORANTE<br><br>*Defendant(s)* | Civil Action No. 6:21-cv-00209-CEM-LRH |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ANCHOR MANAGEMENT & HOLDINGS, LLC
d/b/a SINATRAS RISTORANTE
SCOTT LEWITT - Registered Agent
1550 WYNGATE DRIVE
DELAND, FLORIDA, 32724

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  JOE M. QUICK, ESQ.
LAW OFFICES OF JOE M. QUICK, ESQ.
1224 S. PENINSULA DRIVE #619
DAYTONA BEACH, FLORIDA 32118
TELEPHONE (386) 212-3591

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

AmandaJoseph

Date:  February 1, 2021

*Signature of Clerk or Deputy Clerk*