## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA District of Florida

Case Number: 6:21-CV-00209-CEM-LRH

Plaintiff:
**TAVIA WAGNER**

vs.

Defendant:
**MORN JOHN TR, TRUST NUMBER 3456 AND ANCHOR MANAGEMENT & HOLDINGS, LLC D/B/A SINATRAS RISTORANTE**

For:
JOE M QUICK, P.A., LAW OFFICES
1224 S PENINSULA DR
#619
DAYTONA BEACH, FL 32118

Received by HENRY SANBORN on the 2nd day of February, 2021 at 10:30 am to be served on **ANCHOR MANAGEMENT & HOLDINGS, LLC D/B/A SINATRAS RISTORANTE SCOTT LEWITT-REGISTERED AGENT, 1550 WYNGATE DR., DELAND, FL 32724**.

I, HENRY SANBORN, being duly sworn, depose and say that on the **4th day of February, 2021** at **10:55 am, I:**

served a Limited Liability Company by delivering a Certified copy of SUMMONS AND COMPLAINT with date, hour and initials of process server endorsed thereon by me, to: SCOTT LEWITT as REGISTERED AGENT for ANCHOR MANAGEMENT & HOLDINGS, LLC D/B/A SINATRAS RISTORANTE, at the address of: 1550 WYNGATE DR., DELAND, FL 32724, and informed said person of the contents therein, and informed said person of the contents therein, in compliance pursuant to Fed.R.Civ.P. 4(h)(1)(b)

**Description** of Person Served: Age: 40+, Sex: M, Race/Skin Color: WHITE, Height: 5'8", Weight: 185, Hair: BLACK, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing return of service and that the facts in it are true. Notary not required pursuant to F.S. 92.525(2)

State of Florida
County of Volusis
Subscribed and sworn to before me by means of physical presence on the 5th day of February, 2021 by the affiant who is personally known to me.

Notary Public
Print Name Lisa M Garcia

HENRY SANBORN
Process Server

MAX J. GARCIA, INC.
145 E RICH AVE
SUITE G
Deland, FL 32724
(386) 624-6943

Our Job Serial Number: MJG-2021000698



LISA M. GARCIA
MY COMMISSION # GG 122711
EXPIRES: July 23, 2021
Bonded Thru Notary Public Underwriters

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1t



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

TAVIA WAGNER )
)
)
)
)
Plaintiff(s) )
v. ) Civil Action No. 6:21-cv-00209-CEM-LRH
)
MORN JOHN TR, TRUST NUMBER 3456 and )
ANCHOR MANAGEMENT & HOLDINGS, LLC d/b/a )
SINATRAS RISTORANTE )
)
)
Defendant(s) )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ANCHOR MANAGEMENT & HOLDINGS, LLC
d/b/a SINATRAS RISTORANTE
SCOTT LEWITT - Registered Agent
1550 WYNGATE DRIVE
DELAND, FLORIDA, 32724

DATE 2/4/21 TIME 10:55 AM
Server Initials /.S.
(court-appointed process server)

X _____
Recipient Signature

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  JOE M. QUICK, ESQ.
LAW OFFICES OF JOE M. QUICK, ESQ.
1224 S. PENINSULA DRIVE #619
DAYTONA BEACH, FLORIDA 32118
TELEPHONE (386) 212-3591

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Amanda Joseph

Date: February 1, 2021

Signature of Clerk or Deputy Clerk