# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA District of Florida

Case Number: 6:21-CV-00209-CEM-LRH

Plaintiff:
**TAVIA WAGNER**

vs.

Defendant:
**MORN JOHN TR, TRUST NUMBER 3456 AND ANCHOR MANAGEMENT & HOLDINGS, LLC D/B/A SINATRAS RISTORANTE**

For:
JOE M QUICK, P.A., LAW OFFICES
1224 S PENINSULA DR
#619
DAYTONA BEACH, FL 32118

Received by DANIELLE DRIGGERS on the 2nd day of February, 2021 at 10:30 am to be served on **MORN JOHN TR, TRUST NUMBER 3456-OWNER, 355 CASSADA ROAD, LAKE HELEN, FL 32744**.

I, DANIELLE DRIGGERS, being duly sworn, depose and say that on the **3rd day of February, 2021** at **10:40 am, I:**

served an **AUTHORIZED** entity by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **SCOTT LUWITT** as **MANAGER/ PART OWNER** at the address of: **355 CASSADA ROAD, LAKE HELEN, FL 32744**, who stated they are authorized to accept service for **MORN JOHN TR, TRUST NUMBER 3456-OWNER**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
JOHN MORN PASSED AWAY 10YRS AGO; HIS WIDOW LIVES IN EUROPE.

**Description** of Person Served: Age: 50, Sex: M, Race/Skin Color: WHITE, Height: 5'10", Weight: 220, Hair: GREY, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing return of service and that the facts in it are true. Notary not required pursuant to F.S. 92.525(2)

State of Florida
County of _____

Subscribed and sworn to before me by means of physical presence on the 4th day of February, 2021 by the affiant who is personally known to me.

Notary Public
Print Name _____

**DANIELLE DRIGGERS**
Process Server

MAX J. GARCIA, INC.
145 E RICH AVE
SUITE G
Deland, FL 32724
(386) 624-6943

Our Job Serial Number: MJG-2021000699

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1t



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

TAVIA WAGNER

*Plaintiff(s)*

v.

MORN JOHN TR, TRUST NUMBER 3456 and
ANCHOR MANAGEMENT & HOLDINGS, LLC d/b/a
SINATRAS RISTORANTE

*Defendant(s)*

Civil Action No. 6:21-cv-00209-CEM-LRH

DATE 2/3/21   TIME 10:40A

Server Initials _____

(court-appointed process server)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MORN JOHN TR, TRUST NUMBER 3456 - Owner
355 CASSADA ROAD,
LAKE HELEN, FLORIDA, 32744

X_____
Recipient Signature

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   JOE M. QUICK, ESQ.
LAW OFFICES OF JOE M. QUICK, ESQ.
1224 S. PENINSULA DRIVE #619
DAYTONA BEACH, FLORIDA 32118
TELEPHONE (386) 212-3591

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

[Seal: United States District Court, Middle District of Florida — Amanda Joseph]

Date:   February 1, 2021

*Signature of Clerk or Deputy Clerk*